# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHIRLEY M. JOHNSON, AND TENEA R. STODDARD,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**AIRBUS DEFENSE & SPACE, INC.** )<br>)<br>Defendant. ) | **CIVIL CASE NO. _____** |

## COMPLAINT

COME NOW, Shirley M. Johnson and Tenea R. Stoddard, Plaintiffs in the above-styled action, and file their Complaint against Airbus Defense & Space, Inc. and, in support thereof, would show as follows:

### PARTIES

1.  Plaintiff Shirley M. Johnson is above the age of nineteen (19) and is a resident of the State of Tennessee.

2.  Plaintiff Tenea R. Stoddard is above the age of nineteen (19) and is a resident of the State of Alabama.

3.  Defendant Airbus Defense & Space, Inc. (hereinafter "Airbus") is a foreign corporation and operates in Madison County, Alabama within the Northern District of Alabama.

1

## JURISDICTION AND VENUE

4. All of the events, transactions or occurrences which gave rise to Plaintiff's claims took place in this Judicial District. Therefore, venue is proper in this district and this division pursuant to 28 U.S.C. § 1391(b)(1).

5. Federal jurisdiction exists as this action arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e - 2000e-17, the Civil Rights Act of 1991, 42 U.S.C. § 1983a, and Section 1 of the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1983.

6. This Court maintains subject matter jurisdiction under 42 U.S.C. § 2000e-5(f) and 28 U.S.C. § 1343(a)(4).

## CONDITIONS PRECEDENT

7. Plaintiff Shirley M. Johnson timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("E.E.O.C.") alleging discrimination on the basis of her sex in violation of Title VII. A copy of the Charge of Discrimination is attached hereto as "Exhibit A."

8. Plaintiff Tenea R. Stoddard timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("E.E.O.C.") alleging discrimination on the basis of her sex in violation of Title VII. A copy of the Charge of Discrimination is attached hereto as "Exhibit B."

9. Plaintiff Shirley M. Johnson received a Dismissal and Notice of Rights from the E.E.O.C., and this action was instituted within ninety (90) days of receipt thereof. A copy of the Right to Sue is attached hereto as "Exhibit C."

10. Plaintiff Tenea R. Stoddard received a Dismissal and Notice of Rights from the E.E.O.C., and this action was instituted within ninety (90) days of receipt thereof. A copy of the Right to Sue is attached hereto as "Exhibit D."

11. Plaintiffs have satisfied all conditions precedent to the filing of the instant Complaint.

## Facts Common to All Plaintiffs

12. In or around April 2016, the president of the company, Mike Cosentino, met with the employees of the Huntsville Airbus Defense & Space, Inc. office to let them know the current contract they were working on would soon be transitioned to an affiliate company, Airbus Helicopters, Inc. ("AHI"), with offices in Huntsville, Alabama; Columbus, Mississippi; and Grand Prairie, Texas. At this meeting, Airbus informed Plaintiffs all Alabama employees would be allowed to remain in AHI's Huntsville, Alabama office.

13. Airbus informed its employees that that if there was not a position available for them at AHI, they would be provided a severance package similar to those offered previously to other employees. Further, Mr. Cosentino explained, if the new AHI position was not substantially-similar in terms of status/position,

remuneration, or location, then Airbus employees would also be provided with a severance package. This was repeated by Mr. Consentino and human resources' representatives from both Airbus and AHI at the transition kickoff meeting in July, 2016.

14. Male employees not offered positions with AHI similar in status/position, remuneration, or location were offered severance packages of two weeks salary for each year employed, three months of COBRA coverage and any applicable bonuses due.

15. Plaintiffs became aware of other female employees not offered severance packages from Defendant even though the jobs they were offered at AHI were not similar in terms of status/position, remuneration and/or location.

16. However, ultimately, all the female employees offered positions at AHI were being required to relocate to continue employment. The only employees who were offered severance packages from Airbus after declining an AHI position were male.

17. By failing to receive either job offers with AHI similar in status/position, remuneration, or location or a severance package, Plaintiffs were subjected to less-favorable terms, conditions and benefits of employment than male employees of Defendant by Defendant's management

18. Plaintiffs allege that, at all times relevant hereto, the actions of

management were intentional and/or done in reckless disregard for Plaintiffs' right to a work environment that is free of sex discrimination.

19. Plaintiffs aver that Defendant made no effort to protect Plaintiffs from sex discrimination.

### Plaintiff Shirley M. Johnson's Allegations

20. Plaintiff Shirley M. Johnson has been employed by Airbus Defense & Space, Inc., since December 2011.

21. In December 2016, Ms. Johnson was offered a position with AHI. Various members of management including Charlie Broome, Lakota PM and Head of Finance, and Mr. Consentino encouraged Ms. Johnson to accept the new position. Although the position offered was a demotion and was for less remuneration, Ms. Johnson initially accepted the offer after being assured she would be allowed to work in AHI's Huntsville, Alabama office.

22. In or around February 15, 2017, Robert Bowman and Michele Stoudt-Wright informed Ms. Johnson that AHI would not have a Huntsville, Alabama office after all and that she would be required to move to either Texas or Mississippi to keep her employment.

23. On February 23, 2017, Plaintiff rescinded her acceptance of the initial offer. On that same day, she expressed a desire and expectation to receive the severance package. Mr. Broome informed her that those that had declined AHI

positions offered would not be receiving any severance package per Mr. Cosentino's decision.

24. Ms. Johnson was subjected to less-favorable terms, conditions and benefits of employment than male employees of Defendant by Defendant's management.

25. Ms. Johnson alleges that, at all times relevant hereto, the actions of management were intentional and/or done in reckless disregard for her right to a work environment that is free of sex discrimination.

26. Ms. Johnson avers that Defendant made no effort to protect her from sex discrimination.

## Plaintiff Tenea R. Stoddard's Allegations

27. Plaintiff Tenea R. Stoddard has been employed by Airbus Defense & Space, Inc., since September 2, 2014.

28. In December 2016, Ms. Stoddard was offered a position with AHI. Various members of management, including Charlie Broom and Mr. Consentino and AHI encouraged Ms. Stoddard to accept the new position. Although the position offered was substantially different and was for less remuneration, Ms. Stoddard accepted the offer, with caveats, after being assured previously that she would be allowed to work in AHI's Huntsville, Alabama office and not have to relocate at a later date.

29. In or around February 22, 2017, Robert Bowman and Ignacio Ladegui informed Ms. Stoddard that AHI would not have a Huntsville, Alabama office and that she would be required to move to Texas effective January 1, 2018. Ms. Stoddard immediately rescinded her acceptance and expressed her desire and expectation to accept the severance package. Soon thereafter, Mr. Broom informed Ms. Stoddard that those that had declined AHI positions offered would not be receiving any severance package per Mr. Cosentino's decision.

30. Ms. Stoddard was subjected to less-favorable terms, conditions and benefits of employment than male employees of Defendant by Defendant's management.

31. Ms. Stoddard alleges that, at all times relevant hereto, the actions of management were intentional and/or done in reckless disregard for her right to a work environment that is free of sex discrimination.

32. Ms. Stoddard avers that Defendant made no effort to protect her from sex discrimination.

## CAUSES OF ACTION

### Count I
### Sexual Discrimination Under Title VII

33. Plaintiffs reallege and incorporate by reference, paragraphs 1 through 32, as if fully stated herein.

34. Plaintiffs have been discriminated against by the Defendant because

7

of their gender and subjected to a subjectively and less-favorable working conditions including remuneration due to their gender, female.

35. The above-discussed sex discrimination violated Title VII.

## PRAYER FOR RELIEF UNDER TITLE VII

Plaintiffs have suffered, are now suffering, and will continue to suffer emotional distress, pain, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses as a direct result of the Defendant's violation of Title VII of the Civil Rights Act of 1964, as amended.

Plaintiffs have and will continue in the future to suffer pecuniary losses as a direct result of the Defendant's violation of Title VII of the Civil Rights Act of 1964, as amended.

WHEREFORE, Plaintiffs pray that this Court:

    a. Declare the conduct engaged in by the Defendant to be in violation of the Plaintiff's rights;

    b. Enjoin the Defendant from engaging in such conduct;

    c. Award the Plaintiffs compensatory and punitive damages, including back pay, in an amount to be determined by this Court;

    d. Award the Plaintiffs costs and attorneys' fees; and

    e. Grant such further and other, different and relief, including equitable, as this Court deems just and proper.

## JURY DEMAND

Plaintiffs demand trial by jury on all issues triable at law.

Dated this the 21st day of December, 2017.

>s/ Eric J. Artrip
>Teri Ryder Mastando (ASB-4507-E53T)
>Eric J. Artrip (ASB-9673-I68E)
>MASTANDO & ARTRIP, LLC
>301 Washington Street, Suite 302
>Huntsville, Alabama 35801
>Phone:	(256) 532-2222
>Fax:	(256) 513-7489
>teri@mastandoartrip.com
>artrip@mastandoartrip.com

**DEFENDANT TO BE SERVED VIA BY CERTIFIED MAIL**:

Airbus Defense & Space, Inc
c/o National Registered Agents Inc.
2 North Jackson Street, Suite 605
Montgomery, AL 36104