# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| SHIRLEY M. JOHNSON, TENEA R. STODDARD and JILL K. RANES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AIRBUS DEFENSE & SPACE, INC., )<br>)<br>Defendant. ) | CASE NUMBER:<br>5:17-cv-02150-LCB |

## DEFENDANT AIRBUS DEFENSE & SPACE, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Airbus Defense & Space, Inc. ("ADSI") and moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant summary judgment in its favor and dismiss Plaintiffs' Complaint on the grounds that there is no genuine issue as to any material fact and ADSI is entitled to judgment as a matter of law.  More particularly, in support of this Motion, ADSI states as follows:

1. On January 21, 2018 Plaintiffs Shirley M. Johnson and Tenea R. Stoddard ("Plaintiffs") filed their complaint in this action. (ECF No. 1.)  Plaintiffs amended their complaint on January 25, 2018, adding a third plaintiff, Jill K. Ranes. (ECF No. 4.)  In their complaint as amended, Plaintiffs allege that ADSI breached an implied contract (Count I) and discriminated against them because of

32983585 v1

their sex with respect to severance packages (Count II) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. ("Title VII").  (ECF No. 4.)

2. ADSI now moves for summary judgment on Counts I and II because no genuine issue of material fact exists, and ADSI is entitled to judgment as a matter of law.

3. Plaintiffs' claims in Count I must be dismissed because they were employees at will, there was no contract, and there was no breach of contract, and Plaintiffs' claims in Count II must be dismissed because, Plaintiffs cannot establish a *prima facie* case of discrimination, and Plaintiffs cannot show that ADSI's legitimate, non-discriminatory reasons for its actions are pretext.

4. ADSI's Motion for Summary Judgment is based on the brief and evidentiary submission submitted, as well as the pleadings on record.

WHEREFORE, ADSI requests this Court grant summary judgment in its favor, dismiss Plaintiffs' Complaint, and tax costs to Plaintiffs.

                                         s/ *Michael L. Lucas*
                                         Michael L. Lucas (LUC004)
                                         Meryl Cowan (COW015)

                                         ATTORNEYS FOR DEFENDANT
                                         AIRBUS DEFENSE & SPACE, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email:  mlucas@burr.com
            kwillis@burr.com
            mcowan@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Eric J. Artip
> Teri Ryder Mastando
> Mastando & Artip, LLC
> 301 Washington Street, Suite 302
> Huntsville, AL 35801

>                         s/ *Michael L. Lucas*
>                         OF COUNSEL