UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SHIRLEY M. JOHNSON, *et. al.*,  ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 5:17-cv-2150-LCB |
| ) | |
| AIRBUS DEFENSE & SPACE ) INC., ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

For the reasons explained in the accompanying Memorandum Opinion, Plaintiff's Motion to Strike (Doc. 35) is DENIED. Defendant's Motion to Strike (Doc. 43) is **GRANTED**. Defendant's Motion for Summary Judgment (Doc. 25) is **GRANTED**. This action is therefore **DISMISSED with prejudice**. Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this April 6, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE