# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHIRLEY M. JOHNSON, TENEA R. STODDARD and JILL K. RANES** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE 5:17-cv-2150-LCB ) |
| **AIRBUS DEFENSE & SPACE, INC.** | ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given, Plaintiffs in the above-styled case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the United States District Court for the Northern District of Alabama, Northeastern Division, entered by Judge Liles C. Burke on the 6th day of April, 2020 granting Defendant's Motion for Summary Judgment (Doc 25).

Respectfully submitted this the 14th day of April, 2020.

<div style="margin-left: 50%">

s/ Teri Ryder Mastando
Teri Ryder Mastando (ASB-4507-E53T)
Eric J. Artrip (ASB-9673-I68E)
MASTANDO & ARTRIP, LLC
301 Washington Street, Suite 302
Huntsville, Alabama 35801
Phone:   (256) 532-2222
Fax:     (256) 513-7489
teri@mastandoartrip.com
artrip@mastandoartrip.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court and I have caused a copy of same to be served upon the following by electronic service, by facsimile or by placing a copy of same in the United States mail, postage prepaid and properly addressed.

> Michael L Lucas, Esq.
> Kathryn Morris Willis, Esq.
> Meryl Lindsay Cowan, Esq.
> BURR & FORMAN, LLP
> 420 North 20th Street, Ste. 3400
> Birmingham, AL 35203
> mlucas@burr.com
> kwillis@burr.com
> mcowan@burr.com

>> s/ Teri Ryder Mastando
>> Teri Ryder Mastando